Same memorandum as in *Matter of Ragin v Dorsey* ([appeal No. 1] 101 AD3d 1758 [2012]). Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ In the Matter of RONALD DAVID RAGIN, III, Appellant, v HERMAN DORSEY, Respondent. (Appeal No. 3.) [955 NYS2d 916]—

Same memorandum as in *Matter of Ragin v Dorsey* ([appeal No. 1] 101 AD3d 1758 [2012]). Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ In the Matter of RONALD DAVID RAGIN, III, Appellant, v HERMAN DORSEY, Respondent. (Appeal No. 4.) [955 NYS2d 916]—

Same memorandum as in *Matter of Ragin v Dorsey* ([appeal No. 1] 101 AD3d 1758 [2012]). Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ In the Matter of RONALD DAVID RAGIN, III, Appellant, v HERMAN DORSEY, Respondent. (Appeal No. 5.) [955 NYS2d 916]—

Same memorandum as in *Matter of Ragin v Dorsey* ([appeal No. 1] 101 AD3d 1758 [2012]). Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ In the Matter of RONALD DAVID RAGIN, III, Appellant, v LINDA DORSEY, Respondent. (Appeal No. 6.) [955 NYS2d 917]—

Same memorandum as in *Matter of Ragin v Dorsey* ([appeal No. 1] 101 AD3d 1758 [2012]). Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.